Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of oakum the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 14, 1964

No. 68445.—Allen Forwarding Co. et al. *v.* United States, protests 59/6785, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.

No. 68446.—Manca, Inc. *v.* United States, protest 62/6711 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as microscope illuminators, consists of metal illuminating articles, the claim of the plaintiff was sustained.

No. 68447.—Manca, Inc. *v.* United States, protest 62/17195 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Sodium vapour lamp," consists of metal illuminating articles, the claim of the plaintiff was sustained.

No. 68448.—Manca, Inc. *v.* United States, protest 63/4118 (New York).